# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-412 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Germane Walker, | |
| Defendant. | |

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. After a de novo review of the Report and Recommendation, the Objections thereto, and upon all the files, records and proceedings herein,

**IT IS ORDERED**:

1. The Objections (Doc. No. 32) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 31) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 19) is **DENIED**;

4. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 20) is **DENIED**; and

5. Defendant's Supplemental Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 23) is **DENIED**.

Dated: March 11, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge