## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 07-412 (RHK/SRN) |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS AND POSITION PLEADINGS** |
| Michael Germane Walker, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by August 8, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by August 15, 2008.

Dated: July 30, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge