UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,

v.

Saladean Walker Salean,

           Defendant.

**MEMORANDUM OPINION AND ORDER**
Criminal No. 07-412 ADM

_____

Saladean Walker Salean, pro se.
_____

## I.  INTRODUCTION

This matter is before the undersigned United States District Judge for a ruling on Defendant Saladean Walker Salean's ("Salean") pro se Motion for Compassionate Release [Docket No. 84] under 18 U.S.C. § 3582(c)(1)(A). For the reasons set forth below, the Motion is denied.

## II.  BACKGROUND

On May 16, 2008, Salean entered a plea of guilty to being a felon in possession of a firearm. Min. Entry [Docket No. 39]; Plea Agreement [Docket No. 40]. Salean was sentenced on September 30, 2008. Min. Entry [Docket No. 50]; Sentencing J. [Docket No. 51]. The Court determined Salean was an armed career criminal and sentenced him to the mandatory minimum prison term of 180 months under 18 U.S.C. § 924(e)(1). Sentencing J. at 1–2.

Salean is currently in custody at the Residential Reentry Center ("RRC") in Minneapolis, Minnesota. See Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (last visited Dec. 4, 2020). His projected release date is February 10, 2021. Id.

Salean, age 49, now asks the Court to grant him compassionate release under 18 U.S.C.

§ 3582(c)(1)(A).  He argues that extraordinary and compelling reasons warrant his immediate release because he is concerned about contracting COVID-19 at the RRC.

### III.  DISCUSSION

Generally, a "court may not modify a term of imprisonment once it has been imposed." 18 U.S.C. § 3582(c).  One of the few exceptions to this general rule is the compassionate release provision of 18 U.S.C. § 3582(c)(1)(A).  Under this provision, a court may reduce a term of imprisonment if, "after considering the factors set forth in section 3553(a)," the court finds that "extraordinary and compelling reasons" warrant a sentence reduction, "and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A).

The Sentencing Commission's applicable policy statement defines "extraordinary and compelling" reasons to include serious medical conditions or cognitive impairments "that substantially diminish[] the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover."  U.S.S.G. § 1B1.13 comment n.1(A)(ii).  "[R]ehabilitation of the defendant is not, by itself, an extraordinary and compelling reason for purposes of th[e] policy statement."  U.S.S.G. § 1B1.13 comment n.3.  The policy statement also requires the court to determine that "[t]he defendant is not a danger to the safety of any other person or to the community" before a sentence reduction may be granted under § 3582(c)(1)(A).  U.S.S.G. § 1B1.13(2).

When considering compassionate release motions in the context of the COVID-19 pandemic, courts have required an inmate to show both a "particularized susceptibility to the disease" and "a particularized risk of contracting the disease at his prison facility."  United States

v. Miland, No. 16–0159 (WMW), 2020 WL 3249259, at *3 (D. Minn. June 16, 2020) (quoting United States v. Feiling, No. 3:19–112 (DJN), 2020 WL 1821457, at *7 (E.D. Va. Apr. 10, 2020)); accord United States v. Ramirez, No. 17-10328-WGY, 2020 WL 2404858, at *3 (D. Mass. May 12, 2020); United States v. Shamilov, No. 19-cr-238 (SRN), 2020 WL 2029600, at *3 (D. Minn. Apr. 28, 2020).  Here, Salean does not state that he suffers from any medical condition, much less one that makes him particularly susceptible to COVID-19.  The Court thus finds that Salean has not demonstrated extraordinary and compelling reasons warranting compassionate release.

## IV.  CONCLUSION

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Saladean Walker Salean's pro se Motion for Compassionate Release [Docket No. 84] is **DENIED.**

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated:  December 4, 2020